UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-cr-0097 |
| v. | ) | Judge Sharp |
| | ) | |
| LETRICE PORSHAE LILLY | ) | |

MOTION TO WITHDRAW ARREST WARRANT
AND RE-SET APPEARANCE DATE

The United States moves the Court to withdraw the arrest warrant for Letrice Lilly, issued on August 4, 2014, and to re-set the time for her mandatory appearance in this district until noon on August 8, 2014.

Litrice Lilly was indicted in this district for bank robbery, was arrested in Rockford, Illinois, and eventually released on bond by a Magistrate Judge in that district, who ordered her to appear in the Middle District of Tennessee by July 31, 2014. When Ms. Lilly failed to appear as ordered, a new warrant for her arrest was issued in this district.

On August 5, 2014, the undersigned spoke with Ms. Lilly's appointed Federal Public Defender in Illinois, who says she was not aware of the requirement in the Magistrate's order that Ms. Lilly appear in Nashville last week, and never informed Ms. Lilly of that requirement. Ms. Lilly has been in compliance with the terms of her release, and has reported to her pretrial services officer as directed. It appears her failure to appear in this Court on July 31 was the result of a failure of communication, not intentional noncompliance with the Magistrate's order.